Steven Nemec
PO Box 280374
San Francisco, CA 94128-0374
Tel: (415) 830-6180
Fax: (415) 520-9824

Plaintiff, In Pro Se

E-filing

FILED

09 OCT 20 PM 3: 47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN NEMEC,

    Plaintiff,

vs.

ROMERO CONSTRUCTOIN, INC.,

CHRISTOPHER J. ROMERO, and

DOES 1-10, inclusive

    Defendants.

Case No.: CV 09 5003 JSW

EX PARTE MOTION FOR PRO SE PLAINTIFF TO BE GRANTED NORTHERN DISTRICT ECF/E-FILE PERMISSION
**AND ORDER THEREON**

    COMES NOW, Plaintiff Steven Nemec, proceeding In Propria Persona, to hereby Motion this Honorable Court, ex parte, for permission pursuant to Northern District Civil Local Rule 5-4 and General Order 45, to "e-file" in the Northern District ECF system in this case. I have reviewed and am familiar with the requirements and procedures for using the e-file system, including General Order 45, VI, G (Chamber's Courtesy Copies).

    WHEREFORE, Plaintiff prays this Honorable Court will issue the attached Proposed Order.

    Executed under penalty of perjury this 19th day of October, 2009 at City and County of San Francisco, State of California.

Steven Nemec

GRANTED
Jeffrey S. White
Judge Jeffrey S. White

Dated: October 22, 2009

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN NEMEC,

        Plaintiff,

v.

ROMERO CONSTRUCTION et al,

        Defendant.

Case Number: CV09-05003 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Nemec
P.O. Box 280374
San Francisco, CA 94128-0374

Dated: October 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk