Steven Nemec
P.O. Box 280374
San Francisco, CA 94128-0374
Tel: (415) 830-6180
Fax: (415) 520-9824

Plaintiff, In Pro Per


Harry G. Lewis (SBN 157705)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Tel: (415) 974-1900
Fax: (415) 974-6433

Attorneys for Defendants:
Romero Construction, Inc.; and,
Christopher J. Romero


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMERO CONSTRUCTION, INC.;<br>CHRISTOPHER J. ROMERO, an individual;<br>and, DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-5003 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS<br><br>Hon. Jeffrey S. White, US District Judge |
| AND RELATED CROSS-COMPLAINTS | |

Pursuant to Federal Rules of Civil Procedure Rule 26(f), a teleconference was held on Friday January 29, 2010 at 10:00 a.m., which was attended by Plaintiff Steven Nemec and Harry G. Lewis, as Counsel for Defendants Romero Construction, Inc. and Christopher J. Romero. As part of that teleconference, a stipulation was reached regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in a Court provided hybrid ADR process as follows:

Early Neutral Evaluation (ENE)(ADR L.R.5) and Mediation (ADR L.R. 6)

This hybrid ADR process is to be provided by a Court sponsored Neutral who shall not only work with the parties to enhance communication between the parties regarding their claims and evidence, but who also shall facilitate mediation of settlement discussions.

Dated: 1/29/2010

Steven Nemec
Plaintiff, In Pro Se

Dated: 1/29/2010

Harry G. Lewis
Attorney for Defendants
Romero Construction, Inc.
& Christopher J. Romero

[Proposed] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☒ Early Neutral Evaluation with Mediation option

☐ Other:

Deadline for ADR session:

☒ 90 days from the date of this order

☐ Other:

**IT IS SO ORDERED.**

Dated: February 2, 2010

Hon. Jeffrey S. White
U.S. District Judge

STIPULATION REGARDING ADR PROCESS - 2