```
Steven Nemec
P.O. Box 280374
San Francisco, CA 94128-0374
Tel: (415) 830-6180
Fax: (415) 520-9824

Plaintiff, In Pro Per


Harry G. Lewis (SBN 157705)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Tel: (415) 974-1900
Fax: (415) 974-6433

Attorneys for Defendants:
Romero Construction, Inc.; and,
Christopher J. Romero
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMERO CONSTRUCTION, INC.;<br>CHRISTOPHER J. ROMERO, an individual;<br>and, DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-5003 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS<br><br>Hon. Jeffrey S. White, US District Judge |
| AND RELATED CROSS-COMPLAINTS | |

Pursuant to Federal Rules of Civil Procedure Rule 26(f), a teleconference was held on Friday January 29, 2010 at 10:00 a.m., which was attended by Plaintiff Steven Nemec and Harry G. Lewis, as Counsel for Defendants Romero Construction, Inc. and Christopher J. Romero. As part of that teleconference, a stipulation was reached regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

1  The parties agree to participate in a Court provided hybrid ADR process as follows:
2      Early Neutral Evaluation (ENE)(ADR L.R.5) and Mediation (ADR L.R. 6)
3  This hybrid ADR process is to be provided by a Court sponsored Neutral who shall not only
4  work with the parties to enhance communication between the parties regarding their claims
5  and evidence, but who also shall facilitate mediation of settlement discussions.

6  Dated: 1/29/2010

                    Steven Nemec
                    Plaintiff, In Pro Se

10 Dated: 1/29/2010

                    Harry G. Lewis
                    Attorney for Defendants
                    Romero Construction, Inc.
                    & Christopher J. Romero

15 [Proposed] ORDER

16     Pursuant to the Stipulation above, the captioned matter is hereby referred to:

17         ☒    Early Neutral Evaluation with Mediation option
18         ☐    Other:

20 Deadline for ADR session:

21         ☒    90 days from the date of this order
22         ☐    Other:

24 **IT IS SO ORDERED.**

25 Dated: February 2, 2010

                    Hon. Jeffrey S. White
                    U.S. District Judge