```
HARRY G. LEWIS (SBN 157705)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA  94105
Telephone:  (415) 974-1900
Facsimile:   (415) 974-6433

Attorneys for Defendant
ROMERO CONSTRUCTION, INC. and
CHRISTOPHER J. ROMERO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMERO CONSTRUCTION, INC.;<br>CHRISTOPHER J. ROMERO, an<br>individual, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | **CASE NO. 09-CV-5003 JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR**<br><br>**Complaint Filed:  October 20, 2009**<br>**Trial Date:  None Set** |

　　　　Defendants Romero Construction, Inc. and Christopher J. Romero , and Plaintiff Steven Nemec hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Completion of ADR.

　　　　WHEREAS, the parties executed a Stipulation Regarding ADR Process on January 29, 2010 agreeing to participate in a hybrid Early Neutral Evaluation ("ENE") and mediation;

　　　　WHEREAS, the court appointed David T. Alexander as the Evaluator ("Evaluator") on February 18, 2010;

　　　　WHEREAS, Plaintiff and counsel for Defendants participated in a joint phone conference with the Evaluator on April 20, 2010 pursuant to ADR L.R. 5-7;

　　　　WHEREAS, due to scheduling conflicts of the Evaluator, the parties and counsel, the parties will not be able to complete the ENE/mediation by the deadline set by ADR L.R. 5-4.

1 | WHEREAS, the parties and the Evaluator have agreed to extend the deadline for
2 | completion of the ENE/mediation and agreed upon a date certain for the hearing;
3 | NOW, THEREFORE, the parties hereby stipulate and agree that the ENE/mediation
4 | hearing will be conducted on June 8, 2010 at 10:00 a.m.

Dated: April 22, 2010                       April 22, 2010

**CORNERSTONE LAW GROUP**

_____/s/_____        _____**/s/Steven Nemec**_____
By:  Harry G. Lewis                         By:  Steven Nemec
   Attorneys Defendant                         Plaintiff, in Pro Per
   Romero Construction, Inc. and
   Christopher J. Romero

**IT IS SO ORDERED**.

April 26, 2010

By: _____*/s/ Jeffrey S. White*_____
The Honorable Jeffrey S. White

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR
USDC-CAND CASE NO. 09-CV-5003 JSW