Steven Nemec
P.O. Box 280374
San Francisco, CA 94128-0374
Tel: (415) 830-6180
Fax: (415) 520-9824

Plaintiff, In Pro Per


Harry G. Lewis (SBN: 157705)
Cornerstone Law Group
595 Market St Ste 2360
San Francisco, CA 94105-2835
Tel: (415) 625-5126
Fax: (415) 974-6433

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ROMERO CONSTRUCTION, INC.;<br><br>CHRISTOPHER J. ROMERO; and,<br><br>DOES 1-10, inclusive,<br><br>    *Defendants*. | Case No.: 3:09-cv-5003 JSW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br>[F.R.Civ.Pro., Rule 41] |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On June 8, 2010, the parties participated in Court sponsored Early Neutral Evaluation and Mediation with neutral David Todd Alexander. As part of the Mediation process, the parties reached an agreement, fully settling all claims.

As such, pursuant to Federal Rules of Civil Procedure, Rule 41, the parties hereby stipulate to a dismissal of all parties and all causes of action with prejudice, and request this

Honorable Court to endorse this stipulation and Order dismissal of this complete action with prejudice.

Dated: June 8, 2010

_____
Steven Nemec
Plaintiff, In Pro Per

Dated: 06/09/2010

/s/ Harry Lewis
_____
Harry G. Lewis
Attorney for Defendants

## **ORDER**

The stipulation is hereby approved, and the Clerk is ordered to enter the Dismissal with prejudice of all parties and all causes of action.

**IT IS SO ORDERED.**

Dated: June 10, 2010

_____
Hon. Jeffrey S. White
United States District Judge